JEAN SEVENAIR AND ALBERT SEVENAIR, PLAINTIFFS, v. GRASSELLI CHEMICAL COMPANY ET AL., DEFENDANTS.

Submitted January 30, 1931—Decided June 19, 1931.

Before Justices CASE, DALY and DONGES.

For the rule, *Heine & Laird.*

*Contra, Joseph H. Gaudielle.*

PER CURIAM.

This is defendants' rule to show cause why the verdicts should not be set aside as excessive. The plaintiff wife has a verdict for $11,000, and plaintiff husband has a verdict for $4,000.

We conclude that the verdict for the plaintiff wife, Jean Sevenair, is excessive.

If plaintiff Jean Sevenair will, within twenty days from the entry of an order hereunder, consent to a reduction of her verdict 'to $9,000, the present rule will be discharged, otherwise the rule will be made absolute as to her, and a new trial granted as to damages only. The rule to show cause will be 'discharged as to plaintiff Albert Sevenair.